AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

U.S. VENTURE, INC.,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

v.                               Case No. 18-C-1757 & 19-C-595

UNITED STATES OF AMERICA,

        Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED.

                         Approved:     s/ William C. Griesbach
                                                   WILLIAM C. GRIESBACH
                                                 United States District Judge

Dated:   March 23, 2020

                                                   STEPHEN C. DRIES
                                                 Clerk of Court

                                                 s/ Cheryl A. Veazie
                                                 (By) Deputy Clerk